# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

**MICHAEL BLACKWELL,**

    Plaintiff,

                              CASE NUMBER: 1:15-cv-1091-JDB-egb

v.

**BEST ONE TIRE OF JACKSON, INC.,**

    Defendant,

**Decision by Court.**  This action came before the Court and the issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Stipulation entered in the above-styled matter on 8/18/2015, the parties hereby stipulate that this action be dismissed with prejudice.

**APPROVED:**

                                            **s/J. Daniel Breen**
                                            **Chief United States District Judge**

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**